[No. 45186-3-I. Division One. January 2, 2001.]

DOUGLAS BRADO, ET AL., *Respondents*, v. ROBERT EDWARDS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15309-1, Jim Bates, J., entered August 13, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Baker and Ellington, JJ.

[No. 24084-0-II. Division Two. January 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY PEASE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-1-00451-2, Richard L. Brosey, J., entered November 19, 1998. *Affirmed* by unpublished opinion per Wang, J. Pro Tem., concurred in by Morgan and Houghton, JJ.

[No. 24388-1-II. Division Two. January 5, 2001.]

LYNCH CREEK QUARRY, LLC, *Appellant*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-05816-7, Grant L. Anderson, J., entered February 12 and August 31, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25123-0-II. Division Two. January 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RITH NMN TES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04658-2, Rosanne Buckner and Grant L. Anderson, JJ., entered September 2, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.